| | |
|---|---|
| 1 | Rene A. Sotorrio (FL Bar No 226734) |
| | Law Offices of Rene A. Sotorrio, P.A. |
| 2 | 1 SE 3rd Avenue, Suite 2600 |
| | Miami, FL 33131 |
| 3 | 305-527-6787 |
| | rene@sotorriolaw.com |
| 4 | |
| | Michael L. Crowley (117008) |
| 5 | The Crowley Law Group |
| | The Chamber Building |
| 6 | 110 West C. Street, Suite 312 |
| | San Diego, CA 92191 |
| 7 | 619-238-5700 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STAES OF AMERICA, | Case No.: 18-CR-0390-DMS |
| Plaintiff, | |
| vs. | SENTENCING SUMMARY CHART |
| WILLIAN LEMUS-LARA, | SENTENCING DATE: AUGUST 26, 2020 |
| Defendant | TIME: 9:00 AM |
| | PLACE: COURTROOM OF THE HONORABLE DANA M. SABRAW |

**SENTENCING SUMMARY CHART**

USPO ___
AUSA ___
DEF <u>XX</u>

Defendant's Name: WILLIAN ESTUARDO LEMUS LARA

Docket No. 3:18-CR-0390

Guideline Manual Used: November 1, 2021     Agree with USPO Calculations:

USSG § 2D1.1(c)(1), 5,037 kgs. Of

Base Offense Level:  (Drug Quantity, if Applicable: ___Cocaine_____ )           <u>38</u>

Specific Offense Characteristics: USSG § 2D1.1(b)(18)                                       <u> 0</u>

1

| | |
|---|---|
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense: | +4 |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: | 42 |

☐ Combined (Multiple Counts) ☐ Career Offender ☐ Armed Career Criminal

| | |
|---|---|
| Adjustment for Acceptance of Responsibility: | -3 |
| Total Offense Level: | 39 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |

☐ Career Offender ☐ Armed Career Criminal

Guideline Range:                                           from    262
(Range limited by: ☐ minimum mandatory ☐ stat maximum)     to      327 mths

Departures:

None    _____

Resulting Guideline Range:                                 from    _____
                                                           to      _____ mths

This 18th day of August, 2022

/s/ Rene A. Sotorrio
**Rene A. Sotorrio**
Attorney for Defendant Willian Lemus Lara

/s/ Michael L. Crowley
Michael L. Crowley
Attorney for Defendant Willian Lemus Lara

2